**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**GERRY A. PERSINGER,**

                                   **CASE NO. 2:20-CV-01577**

    **Petitioner,**                   **JUDGE JAMES L. GRAHAM**

                                   **Magistrate Judge Kimberly A. Jolson**

    **v.**

**WARDEN, MARION CORRECTIONAL
INSTITUTION,**

    **Respondent.**

**<u>ORDER</u>**

On April 21, 2020, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that the petition for a writ of habeas corpus be dismissed.  (ECF No. 6.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 6) is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED**.

Petitioner has waived his right to an appeal by failing to file objections.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  Therefore, the Court **DECLINES** to issue a certificate of appealability.

    **IT IS SO ORDERED**.

Date: May 21, 2020                           _____s/James L. Graham_____
                                     JAMES L. GRAHAM
                                     UNITED STATES DISTRICT JUDGE